IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Norris, Torino J | Case Number:  07 B 07560 |
| | Judge:  Hollis, Pamela S |
| Printed:  5/6/08 | Filed:  4/26/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed:  March 24, 2008
Confirmed:  December 10, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,000.00 |  |
| Secured: |  | 2,842.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,834.00 |
| Trustee Fee: |  | 324.00 |
| Other Funds: |  | 0.00 |
| Totals: | 6,000.00 | 6,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 550.00 | 0.00 |
| 2. | Robert J Semrad & Associates | Administrative | 2,834.00 | 2,834.00 |
| 3. | City Of Chicago | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 0.00 | 0.00 |
| 5. | Nuvell Credit Company LLC | Secured | 0.00 | 1,342.00 |
| 6. | Prairie Bank | Secured | 5,200.00 | 330.51 |
| 7. | Prairie Bank | Secured | 9,600.00 | 610.16 |
| 8. | Prairie Bank | Secured | 7,200.00 | 457.63 |
| 9. | Prairie Bank | Secured | 1,600.00 | 101.70 |
| 10. | City Of Chicago Dept Of Revenue | Priority | 1,353.90 | 0.00 |
| 11. | Nuvell Credit Company LLC | Unsecured | 14,077.74 | 0.00 |
| 12. | Donald Morgan | Unsecured | 40,566.09 | 0.00 |
| 13. | Capital One | Unsecured | 650.89 | 0.00 |
| 14. | Capital One | Unsecured | 1,097.08 | 0.00 |
| 15. | Allied Waste Industries | Unsecured |  | No Claim Filed |
| 16. | Allied Waste Industries | Unsecured |  | No Claim Filed |
| 17. | Bureau Of Collection Recovery | Unsecured |  | No Claim Filed |
| 18. | Allied Waste Industries | Unsecured |  | No Claim Filed |
| 19. | Arnold Scott Harris PC | Unsecured |  | No Claim Filed |
| 20. | HSBC | Unsecured |  | No Claim Filed |
| 21. | Bureau Of Collection Recovery | Unsecured |  | No Claim Filed |
| 22. | General Motors Acceptance Corp | Unsecured |  | No Claim Filed |
| 23. | Harris & Harris | Unsecured |  | No Claim Filed |
| 24. | Village Of Oak Park | Unsecured |  | No Claim Filed |
| 25. | Palisades Collection LLC | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Norris, Torino J

Printed: 5/6/08

Case Number: 07 B 07560
Judge: Hollis, Pamela S
Filed: 4/26/07

| | | | |
|---|---|---|---|
| 26. | Lorenz Appliances | Unsecured | No Claim Filed |
| 27. | Nationwide Acceptance Corp | Unsecured | No Claim Filed |
| 28. | NCO Financial Systems | Unsecured | No Claim Filed |
| 29. | Milandra Emery | Unsecured | No Claim Filed |
| 30. | Rogers & Hollands Jewelers | Unsecured | No Claim Filed |
| 31. | Home Depot | Unsecured | No Claim Filed |
| 32. | Superior Mgt. | Unsecured | No Claim Filed |
| 33. | Rewards 660 | Unsecured | No Claim Filed |
| 34. | Pace Industry | Unsecured | No Claim Filed |
| 35. | Vengroff, Williams, & Associates | Unsecured | No Claim Filed |
| 36. | Village of Maywood | Unsecured | No Claim Filed |
| 37. | Allied Waste Industries | Unsecured | No Claim Filed |
| 38. | Viking Collection | Unsecured | No Claim Filed |

$ 84,729.70          $ 5,676.00

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 324.00 |

$ 324.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_